# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| OSG1 | F 3626010 | D. Berringer | 1919 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/8/10 1733 | 36 CFR 261.15 (e) |

**Place of Offense:** Hanging Rock ATV trails (WNF)

**Offense Description:** operate a motor vehicle (ATV) under the influence of alcohol

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Webb | William | R |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| [illegible] | OH | 08 | Kind | ATV | Yell |

☒ A IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
☐ B IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

**PAY THIS AMOUNT →** $ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE

| Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|
| 10/6/10 | 1330 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X [signature] D 1/1/11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 8th, 2010 while exercising my duties as a law enforcement officer in the Southern District of ___

I observed two ATV's riding in the Wayne National Forest on the Hanging Rock trails. Lawrence County Sheriff Deputy Steve Sissler and I contacted the riders. I identified one male as William R. Webb by his South Carolina driver's license. Dispatch checks revealed Webb has a suspended driver's license for DUI. Webb admitted to drinking alcohol before riding, there was a strong smell of alcohol coming from his person. Webb had bloodshot eyes, his speech was slow and slurred, and his balance was unsteady. Officer Sissler had Webb perform Standardized Field Sobriety Tests (see attached report) Webb was arrested for DUI and driving with a suspended license. Webb provided a breath sample at the Ironton Police Department on the Intoxilyzer 8000 where he blew a .225%. Webb was placed on a 6 hour hold and released with a court date.

The foregoing statement is based upon
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 5/8/10 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | OS6I |
|---|---|

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| F 3626011 | D. Beringer | 1919 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/8/10 1733 | 36 CFR 261.15(a) |

**Place of Offense**
Hanging Rock trails

**Offense Description**
operate a motor vehicle (ATV) with a suspended drivers license

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Webb | William | R |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| none | OH | 98 | Honda | ATV | yell |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| PAY THIS AMOUNT → | $ _____ | Forfeiture Amount |
| | + $25 | Processing Fee |
| | $ _____ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | 10/6/10 |
| | Time (hh:mm) |
| | 1330 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 8th, 2010** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

I observed two ATV's riding in the Wayne National Forest on the Hanging Rock trails. Lawrence County Sheriff Deputy Steve Sissler and I contacted the riders. I identified one male as William R. Webb by his South Carolina driver's license. Dispatch checks revealed Webb has a suspended driver's license for DUI. Webb admitted to drinking alcohol before riding, there was a strong smell of alcohol coming from his person. Webb had bloodshot eyes, his speech was slow and slurred, and his balance was unsteady. Officer Sissler had Webb perform Standardized Field Sobriety Tests (see attached report). Webb was arrested for DUI, and driving with a suspended license. Webb provided a breath sample at the Ironton Police Department on the Intoxilyzer 8000 where he blew a .225%. Webb was placed on a 6 hour hold and released with a court date.

The foregoing statement is based upon
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on **5/8/10**    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant

Executed on _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)