# UNITED STATES DISTRICT COURT

## Southern District of Ohio

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) |
| WILLIAM WEBB | Case No. 1:11po05 |
| | USM No. |
| | JAMES MAUS, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded ☐ guilty ☑ nolo contendere to count(s) _CVB violations F3626010 & F3626011_

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR 261.15(e) | Operate motor vehicle(ATV) under influence alcohol | 05/08/2010 | 1 |
| 36CFR 261.15(a) | Operate motor vehicle (ATV) with suspended license | 05/08/2010 | 1 |

The defendant is sentenced as provided in pages 2 through ___ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2806

Defendant's Year of Birth: 1963

City and State of Defendant's Residence:
IRONTON, OHIO

02/03/2011
Date of Imposition of Judgment

_Karen L. Litkovitz_
Signature of Judge

KAREN L. LITKOVITZ          U.S. MAGISTRATE
Name and Title of Judge

2/3/2011
Date

AO 2451 (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 5 — Probation

DEFENDANT: WILLIAM WEBB
CASE NUMBER: 1:11po05

Judgment—Page __2__ of __3__.

## PROBATION

The defendant is hereby sentenced to probation for a term of:

One (1) year.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes restitution or a fine, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 2451 (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

Judgment — Page __3__ of __3__.

DEFENDANT: WILLIAM WEBB
CASE NUMBER: 1:11po05

## SPECIAL CONDITIONS OF SUPERVISION

Defendant is prohibited from consuming alcohol and is directed to complete a substance abuse treatment program as directed and approved by the U.S. Probation Office. Defendant is also ordered to follow the standard conditions of supervision as adopted by the Court for the Southern District of Ohio.

AO 2451 (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

Judgment — Page __3__ of __3__.

DEFENDANT: WILLIAM WEBB
CASE NUMBER: 1:11po05

SPECIAL CONDITIONS OF SUPERVISION